# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-1387
_____

United States of America,

*Plaintiff - Appellee*,

v.

Kori Dawn Hobbs,

*Defendant - Appellant*.
_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids
_____

Submitted: July 20, 2023
Filed: August 2, 2023
[Unpublished]
_____

Before COLLOTON, SHEPHERD, and KOBES, Circuit Judges.
_____

PER CURIAM.

Kori Hobbs appeals a sentence imposed by the district court[1] after Hobbs pleaded guilty to a firearm offense. Her counsel has moved to withdraw and filed a

_____

[1]The Honorable C.J. Williams, United States District Judge for the Northern District of Iowa.

brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the reasonableness of the sentence. Upon careful review, we conclude that Hobbs's sentence was not substantively unreasonable. There is no indication that the district court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc).

We have also independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal. Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

_____